IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SHAKIR ADAMS,

    Petitioner,

v.                                       No. 2:13-cv-2331
                                              2:12-CV-2240

CHERRY LINDAMOOD, Warden

    Respondent.

## NOTICE OF MATTER PENDING

Comes now the petitioner, Shakir Adams, and respectfully submits to the Court that his above referenced matter has been pending before the Court for several months. Petitioner is anxious that the Court not overlook his matter.

Counsel has advised him that these matters often take more time than the Petitioner would like but that the Court is extremely busy and will resolve his matter as soon as possible. Counsel is filing this notice in order to allay Petitioner's concern.

WHEREFORE, PREMISES CONSIDERED, PETITIONER PRAYS that the Court act further on his matter as soon as the Court is

reasonably able.

>Respectfully submitted,
>
>s/Robert C. Brooks
>ROBERT C. BROOKS
>ATTORNEY AT LAW
>5100 Poplar Ave., Suite 2700
>Memphis, TN 38137
>(901)763-2832

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the attached motion to expedite was forwarded by electronic means via the Court's electronic filing system to Andrew H. Smith, Assistant Attorney General, State of Tennessee, P.O. Box 20207, Nashville, Tennessee 37202-020, on July 15, 2014.

>Respectfully submitted,
>
>s/Robert C. Brooks
>ROBERT C. BROOKS
>ATTORNEY AT LAW